Form 1015-2　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 09-_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re:<br>**MILACRON INC.,**<br> a Delaware corporation,<br><br>　　　　　Debtor.<br><br>**4165 Half Acre Road**<br>**Batavia, OH  45103**<br>**Employer Tax I.D. No. 31-1062125** | Chapter 11<br><br>Case No. 09-_____(\_\_\_)<br><br><br>Honorable _____ |

## EXHIBIT A TO VOLUNTARY PETITION

　　　　1.　　If any of Debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is: 001-08485.

　　　　2.　　The following financial data is the latest available information and refers to Debtor's condition on 12/31/08[1].

a.　　Total Assets:　　　　$ 523,300,000

b.　　Total Liabilities:　　　$ 752,000,000

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Approximate
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　number of holders

c.　　Debt securities held by more than 500 holders:
　　　secured / /　　unsecured / /　　subordinated / /　　$_____　　$_____

d.　　Number of shares of preferred stock: 500,000 shares of Series B Preferred Stock[2]
　　　　　　　　　　　　　　　　　　　　　6,000 shares of 4% Cumulative Preferred Stock

e.　　Number of shares of common stock: 6,033,257[3]

---

[1] The assets and liabilities as of 12/31/08 are stated before the effect of goodwill impairment testing which is not yet complete as of this filing.

[2] Based upon most recent filings with the Securities and Exchange Commission.

[3] Based upon most recent filings with the Securities and Exchange Commission.

**Form 1015-2**                                                                                              **Case No. 09-_____**

3. Brief description of Debtor's business: Debtor is a leading global provider of: (1) equipment, supplies, services and complete end-to-end solutions to the plastics processing industries; and (2) premium industrial fluids to the metalworking industries. Debtor operates, directly and through non-debtor subsidiaries, in four business segments: (1) machinery technologies-North America; (2) machinery technologies-Europe; (3) mold technologies; and (4) industrial fluids.

4. The name of any person (as defined in 11 U.S.C. §101(41)) who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Debtor:

| |
|---|
| Shah Capital Management |
| Ohio Plastics, L.L.C. |
| MSD Capital L.P./SOF Investments L.P. |
| Ore Hill Hub Fund Ltd. |

**MILACRON INC.**

By:   */s/ David E. Lawrence*
         David E. Lawrence
         President and Chief Executive Officer

1621071_1