# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In re: <br> MILACRON INC., <br> a Delaware corporation, et al. [1] <br> Debtors. | Chapter 11 <br><br> Case Nos. 09-11235, 09-11236, 09-11237, 09-11238, 09-11239, 09-11241, and 09-11244 <br><br> Jointly Administered (09-11235) <br><br> Honorable J. Vincent Aug, Jr. |

**NOTICE OF ENTRY OF ORDER UNDER 11 U.S.C. §§ 105(A), 363 AND 365 AND RULES 2002, 6004, 6006 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE: (A) APPROVING THE PURCHASE AGREEMENT; AND (B) AUTHORIZING (I) THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND THE PARENT STOCK FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND (II) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE that on June 30, 2009, an order (Docket No. 544) (the "Sale Order") (a) approving the Purchase Agreement;[2] and (b) authorizing (i) the sale of substantially all of the Debtors' assets and the parent stock free and clear of liens, claims and encumbrances and (ii) the assumption and assignment of certain executory contracts and unexpired leases, signed by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Milacron Inc. (2125); Cimcool Industrial Products, Inc. (1002); Milacron Marketing Company (0580); Milacron Plastics Technology Group (1007); D-M-E Company Inc. (3086); Milacron Canada Limited (7230); and Milacron Capital Holdings B.V. (7203). The corporate headquarters address of these Debtors is: 4165 Half Acre Road, Batavia, Ohio 45103. As a result of an organizational restructuring during the fourth quarter of 2008, the following entities have been merged or consolidated as follows: Nickerson Machinery Chicago Inc. (IL), Northern Supply Company, Inc. (MN), Pliers International, Inc. (DE), D-M-E Manufacturing Inc. (DE), D-M-E U.S.A. Inc. (MI) have each consolidated into D-M-E Company, Inc.; Oak International, Inc. and Milacron Industrial Products, Inc. (MI) were each consolidated into Cimcool Industrial Products, Inc.; Uniloy Milacron U.S.A. Inc. (MI) merged into Milacron Plastics Technology Group Inc.; Milacron International Marketing Company (DE) and Uniloy Milacron Inc. each merged into Milacron Marketing Company (OH); and D-M-E of Canada Ltd., 450500 Ontario Limited (Canada), Ontario Heater & Supply Company 528650, Rite-Tek 2913607, and Progress Precision were each amalgamated with Milacron Canada Ltd. as the surviving entity.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings assigned to such terms in the Sale Order.

1668250_1

Honorable J. Vincent Aug, Jr., United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of Ohio, Western Division was entered and duly docketed by the Office of the Clerk of the United States Bankruptcy Court for the Southern District of Ohio (the "Bankruptcy Court") in the above-captioned cases.

PLEASE ALSO TAKE NOTICE that a copy of the execution version of the Purchase Agreement is attached hereto as Exhibit A. A copy of the execution version of Amendment No. 1 to the Purchase Agreement is attached hereto as Exhibit B. A copy of the execution version of Amendment No. 2 to the Purchase Agreement is attached hereto as Exhibit C.

Dated: July 2, 2009
Cincinnati, Ohio

Respectfully submitted,

**DINSMORE AND SHOHL, LLP**

*/s/ Patrick D. Burns*
Kim Martin Lewis (OH #0043533)
Tim J. Robinson (OH #0046668)
Patrick D. Burns (OH #0081111)
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513-977-8200
Facsimile: 513-977-8141
kim.lewis@dinslaw.com
tim.robinson@dinslaw.com
patrick.burns@dinslaw.com

Counsel to the Debtors and
Debtors In Possession