UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>MILACRON INC.,<br>a Delaware corporation, et. al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 09-11235 through 09-11239,<br>09-11241, and 0911244<br><br>Jointly Administered (09-11235)<br><br>Honorable J. Vincent Aug, Jr. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Further Response of Mahendra N. Patel to Debtors' Response to Status Report and Response of Mahendra N. Patel to Debtors' Objection to Motion for Examination Under Bankruptcy Rule 2004, Docket No. 846, was served via the Court's CM/ECF system to the following, who are listed on the Court's Electric Mail Notice List:

    Danielle Rae Allison-Yokom on behalf of Attorney Department of Environmental Quality
    allisonyokomd@michigan.gov, braithwaitep@michigan.gov

    Susan M Argo on behalf of Creditor Cast-Fab Technologies, Inc.
    sargo@graydon.com, aderexson@graydon.com

    Reuel D. Ash on behalf of Creditor QAD, Inc.
    rash@ulmer.com

    Asst US Trustee (Cin)
    ustpregion09.ci.ecf@usdoj.gov

    Josef S Athanas on behalf of Creditor Ohio Plastics, LLC
    chefiling@lw.com

    Mark Jay Bamberger on behalf of Creditor William Mericle, Sr.
    mark@bambergerlaw.com

    Elizabeth A Bates on behalf of Creditor COMAT SRL
    ebates@huckbouma.com, mtolvaysh@huckbouma.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Milacron Inc. (2125); Cimcool Industrial Products Inc. (1002); Milacron Marketing Company (0580); Milacron Plastics Technologies Group Inc. (1007); D-M-E Company (3086); Milacron Canada Ltd. (7230); and Milacron Capital Holdings B.V. (7203).

{1991745:}

Sara R Bradbury on behalf of Creditor Advantage Electronics, Inc.
sbradbury@lewis-kappes.com

Stuart C Brinn on behalf of Creditor Johnson Electric Supply Company
scbrinnbky@strausstroy.com

John R Burns on behalf of Creditor Superior Oil Company, Inc.
john.burns@bakerd.com

Patrick Burns on behalf of Debtor In Possession Milacron Inc
patrick.burns@dinslaw.com, lisa.geeding@dinslaw.com

Erik G Chappell on behalf of Creditor Ort Tool and Die Corporation
egc@lydenlaw.com

Susan K Cliffel on behalf of Creditor Rex Materials, Inc.
skcliffel@woodlamping.com

Thomas W Coffey on behalf of Creditor Godfrey & Wing, Inc.
thomas.coffey@tuckerellis.com, noreen.leciejewski@tuckerellis.com

Frederick S Coombs on behalf of Creditor DTE Energy Company
fcoombs@hhmlaw.com

Colleen M Cullitan on behalf of Creditor South Shore Tool & Die, Inc.
colleen@petersonlaw.com

Duriya Dhinojwala on behalf of Creditor Dell Marketing, LP
dhinojwala@ccj.com

Matthew R Duncan on behalf of Creditor EMI Corp.
mduncan@bdblaw.com

Roger Elder on behalf of Creditor Uddeholm KK
roger.elder@pillsburylaw.com

William B Fecher on behalf of Creditor Quality Mechanicals, Inc.
wbfecher@statmanharris.com, bmckewen@statmanharris.com;dbecker@statmanharris.com

Thomas M Franklin on behalf of Creditor Burger & Brown Engineering, Inc.
tmflaw@swbell.net

Lori Ann Frio on behalf of Creditor Dow Chemical Company
LFrio@dilworthlaw.com

Robert A Goering on behalf of Creditor Jack Sinking
bgoering@fuse.net

Richard L Goettke on behalf of Creditor Midwest Manufacturing Consultants LLC
goettkelaw@fuse.net

Ronald E Gold on behalf of Creditor GE Capital Corporation
rgold@fbtlaw.com, ahammerle@fbtlaw.com

Ira H Goldman on behalf of Creditor US Bank, NA
bankruptcy@goodwin.com

Robert G Hanseman on behalf of Creditor Verizon Business Global LLC
rhanseman@ssdlaw.com, kroeckner@ssdlaw.com

Douglas N Hawkins on behalf of U.S. Trustee Asst US Trustee (Cin)
doug.hawkins@usdoj.gov, karen.gordon@usdoj.gov

Jeffrey M Hendricks on behalf of Creditor Oracle USA Inc
jhendricks@graydon.com

Benjamin Z Heywood on behalf of Creditor Ort Tool and Die Corporation
bzh@lydenlaw.com, mmt@lydenlaw.com

Vaughn A Hoblet on behalf of Creditor Riverside Machine and Automation Inc
hoblet@marshall-melhorn.com, bartoe@marshall-melhorn.com

Scott W Howard on behalf of Creditor Beth Shields
scott@envlaw.com

Amy L Hunt on behalf of Creditor Jeffrey Barrett
ahunt@pdfslaw.com

Cara R Hurak on behalf of Creditor McSwain Manufacturing Corporation
churak@graydon.com

Timothy J Hurley on behalf of Creditor Committee Official Committee of Unsecured Creditors
hurley@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

Kasey T Ingram on behalf of Debtor In Possession Milacron Inc
kingram@dinslaw.com, lisa.geeding@dinslaw.com;susan.hinerman@dinslaw.com

Reginald W Jackson on behalf of Creditor Garelick Farms, LLC
rwjackson@vorys.com, cdfricke@vorys.com

Monica V Kindt on behalf of U.S. Trustee Asst US Trustee (Cin)
Monica.kindt@usdoj.gov

Cullen Kuhn on behalf of Attorney Cullen Kuhn
ckkuhn@bryancave.com

Lawrence F Landgraff on behalf of Creditor Pension Benefit Guaranty Corportation
landgraff.larry@pbgc.gov, efile@pbgc.gov

David S Lefere on behalf of Creditor Hommer Tool & Mfg., Inc.
davidl@bolhouselaw.com

Kim Martin Lewis on behalf of Debtor In Possession Cimcool Industrial Products Inc.
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com

Dennis W Loughlin on behalf of Creditor Mac-Mold Base, Inc.
dloughlin@wnj.com, robinclark@wnj.com

Wendy G Marcari on behalf of Creditor Troy Corporation
wmarcari@ebglaw.com

Richard M. Maseles on behalf of Creditor Missouri Department of Revenue
sdoh@dor.mo.gov

Michael G Menkowitz on behalf of Creditor Quaker Chemical Corporation
mmenkowitz@foxrothschild.com

Charles M Meyer on behalf of Creditor Continental Casualty Company
cmm@santen-hughes.com

W Timothy Miller on behalf of Creditor Committee Official Committee of Unsecured Creditors
miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

James W Moennich on behalf of Creditor Ohio Screw Products, Inc.
jmoennich@wickenslaw.com, dkelly@wickenslaw.com;jleber@wickenslaw.com;kkuznicki@wickenslaw.com

Richard D Nelson on behalf of Creditor Gosling Czubak Engineering Sciences, Inc.
rnelson@ctks.com

David M Neumann on behalf of Creditor Eaton Hydraulic, LLC
dneumann@beneschlaw.com, cthompson@beneschlaw.com;docket@beneschlaw.com;lbehra@beneschlaw.com

Nicholas J Pantel on behalf of Creditor United States of America
nicholas.pantel@usdoj.gov, joanne.meyer@usdoj.gov

David Matthew Pelletier on behalf of Creditor Strandex Corporation
dpelletier@axley.com, mdement@axley.com

Raymond J Pikna on behalf of Creditor Rex Materials, Inc.
rjpikna@woodlamping.com

Marie C Pollio on behalf of Creditor US Bank, NA
bankruptcy@goodwin.com

Victoria A. Reardon on behalf of Creditor Michigan Department of Treasury
reardonv@michigan.gov

Craig E Reimer on behalf of Creditor ArcelorMittal USA Inc.
creimer@mayerbrown.com, mwargin@mayerbrown.com

John L Reyes on behalf of Creditor EMI Corp.
jreyes@bdblaw.com

Jean R Robertson on behalf of Creditor Hoover Universal, Inc.
jrobertson@calfee.com, tpatton@calfee.com

Tim J Robinson on behalf of Debtor In Possession Cimcool Industrial Products Inc.
trobinson@dinslaw.com, lisa.geeding@dinslaw.com

Terry Serena on behalf of Creditor United States of America
Terry.Serena@irscounsel.treas.gov, usaohs.ecfirs@usdoj.gov

Elliot M Smith on behalf of Creditor Avenue International Master, L.P.
esmith@ssd.com

Louis F Solimine on behalf of Other Professional Thompson Hine LLP
louis.solimine@thompsonhine.com

Jason V. Stitt on behalf of Creditor Hotset Corporation
jstitt@kmklaw.com, rcunningham@kmklaw.com

Cayce A Stoneburner on behalf of Creditor Gosling Czubak Engineering Sciences, Inc.
cas@ctks.com

Gregory A Stout on behalf of Creditor Multiject LLC
loubknotices@mapother-atty.com

Jonathan S Taub on behalf of Creditor PVS-Nolwood Chemicals, Inc.
jtaub@pvschemicals.com, j.taub1@comcast.net

Gordon J Toering on behalf of Creditor Bosch Rexroth Corporation
gtoering@wnj.com

Robert Steven Underhill on behalf of Creditor Mauser Corp
runderhill@greenbaumlaw.com

Kimberly A Walsh on behalf of Creditor Texas Comptroller of Public Accounts
bk-kwalsh@oag.state.tx.us

Timothy G Warner on behalf of Creditor JH Industries, Inc.
twarner@cfdf.com, smussehl@cfdf.com

Elizabeth Graham Weber on behalf of Creditor Rocket Supply Co.
bweber@dbllaw.com

Neal J Weill on behalf of Creditor Schaefer Paint Company
NealJWeill@aol.com, weill0306@aol.com

Michael B Willey on behalf of Creditor Tennessee Department of Revenue
agbankohio@ag.tn.gov, michael.willey@ag.tn.gov

Thomas M Wilson on behalf of Attorney Kelley & Ferraro
twilson@kelley-ferraro.com

Charles E Woods on behalf of Creditor Performance Rail Tie, L.P.
cewoods6@juno.com

and by first-class U.S. mail upon the parties listed on the attached Service List on the 31st day of December 2009.

/s/ Sean D. Malloy
Sean D. Malloy (0073157)
MCDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com

COUNSEL FOR MAHENDRA PATEL AND PATEL FAMILY AND ASSOCIATES

{1991745:}

# SERVICE LIST

W T Allison on behalf of Creditor W Allison
PO Box 276
Sulphur Springs, TX 75483

Jesse H Austin on behalf of Creditor GE
Capital Corporation
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street NE
Twenty-Fourth Floor
Atlanta, GA 30308

Baker and Mackenzie LLP
815 Connecticut Ave NW
Washington, DC 20006

Roland E Bechtel
1573 Treasure Lake
DuBois, PA 15801

Brian W Bisignani on behalf of Creditor Aon
Consulting Inc
Post and Schell PC
17 N 2nd Street
12th FL
Harrisburg, PA 17101-1601

Susan M Brake on behalf of Creditor GE
Capital Corporation
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street NE
Twenty-Fourth Floor
Atlanta, GA 30308

Campbell Fittings Inc
P O Box 417
Boyertown, PA 19512

Eric D Carlson on behalf of Creditor Mac-Mold Base, Inc.
150 West Jefferson Ave
Ste 2500
Detroit, MI 48226

George B Cauthen
Nelson Mullins Riley and Scarborough LLP
1320 Main Street
17th FL
P O Box 11070
Columbia, SC 11070

Conway DelGenio Gries and Co LPA
Robert DelGenio
645 Fifth Avenue
New York, NY 10022

Dimension Industries Inc
William H Biljes President
27335 Royalton Rd
P O Box 1130
Columbia Station, OH 44028

Barbara Dyleski
11574 Plumhill Dr
Cincinnati, OH 45249

Jack J Earl
7618 Carriage Lane
Cincinnati, OH 45242-7534

Jose Egred
5213 Angel Dr
Batavia, OH 45103

FANUC LTD
Attn Gen Kusama
3580 Shibokusa Aza-komanba
Oshino-mura, Minamitsura-gun
Yamanashi Pref
401-0597 Japan,

Fasco Employment Solutions
905 N Main St
Adrian, MI 49221

Federal Express Corporation
AttN: Revenue Recovery Bankr.
2005 Corporate Ave 2nd Fl
Memphis, TN 38132

Federal Fluid Power Inc
1145 Starkweather
Plymouth, MI 48170

Fifth Third Bancorp
Karina Horton CFP
Portfolio Manager AVP
38 Fountain Square PL MD 1090FC
Cincinnati, OH 45263

Future Controls Corp
1419 St Rte 45 S
P o Box 130
Austinburg, OH 44010-0130

GSL Technology Inc
2725 Cooper St
Ste 2
Jackson, MI 49201

Frederick Wurlitzer Geier
221 Poplar Hill Rd
Ninety Six, SC 29666

Sara Beth Geier
P O Box 10373
Newport Beach, CA 92658

Vincent C Germano
274 Crystal Creek Dr
Rochester, NY 14612

Eric W Goering
220 W Third St
Cincinnati, OH 45202

Robert A Goering
220 West Third Street
Third Floor
Cincinnati, OH 45202

John W Gregg
3022 Seabrook Island Road
Johns Island, SC 29455

Klaus Grund
Am Weiher 45
65239 Hochheim Germany,

IBM Corporation
Attn: Vicky Namken
13800 Diplomat Dr
Dallas, TX 75234

IBM Credit LLC
Special Handling Group
Andy Gravina
4111 Northside Pkwy
Atlanta, GA 30327

Inland Seas Engineering Inc
Andrew Smits
1755 Barlow Street
P o Box 6820
Traverse City, MI  49696-6820

Internal Revenue Service
Special Procedures
PO Box 1579
Cincinnati, OH 45201

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, Floor 9
Boston, MA 02110

J A Gross Company Inc
P o Box 771021
Houston, TX 77215

JPMorgan Chase Bank, NA
As Trustee for V McCurdy Trust
fbo G McCurdy Family
One Chase Square Attn C Noble
5th FL
Rochester, NY 14643

Russell R Johnson on behalf of Creditor DTE Energy Company
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

Kent Material Handling
5590 Kies
Rockford, MI 49341

{1991745:}

Pauline G Knadler
8536 Bryan Ave
St Louis, MO 63117-1309

Charles D Koehler on behalf of Creditor
Endries International Inc
Herrling Clark Ltd
800 N Lynndale Dr
Appleton, WI 54914

Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245

LGT Investments Inc
Ronald Parent
5 Reeve Dr
Markham
Ontario Canada, L3P6B8

Lampton Welding Supply Company, Inc
601 N Washington
po box 765
Wichita, KS 67211

J Craig Lee on behalf of Creditor GE Capital
Corporation
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street NE
Twenty-Fourth Floor
Atlanta, GA 30308

Paul D Leimgruber
1093 Muirfield Dr
Cincinnati, OH 45245

Lubrizol Corporation
Legal Division
William J Webb
29400 Lakeland Blvd
Wickcliffe, OH 44092

Lisa J Mauro Niebuhr
16 Cypress Lane
Hamburg, NJ 07419

Metalworking Lubricants Corp
c/o Steinberg Shapiro And Clark
24901 Northwestern Hgwy
Ste 611
Southfield, MI 48075

Milacron International Marketing Co
Singapore Branch
3 Church Street No 08-01
Samsung Hub Singapore, 049483

Michael C Moody on behalf of Creditor A T
and T Capital Corp
55 W Wacker Drive
Suite 1400
Chicago, IL 60601

Solomon J Noh on behalf of Creditor Avenue
International Master, L.P.
Shearman and Sterling LLP
599 Lexington Ave
New York, NY 10022

Mark J Nowicki on behalf of Creditor
William Mericle, Sr.
480 Maplewood Drive
Jupiter, FL 33458-5845

Lloyd Palans
211 N. Broadway
Suite 3600
St. Louis, MO 63102

Pegasus Mold Die Inc
415 E Russell Road
Tecumseh, MI 49286

Performance Alloys and Services Inc
N116 W 18515 Morse Dr
Germantown, WI 53022

Performance Mold Products Inc
N116 W 18515 Morse Dr
Germantown, WI 53022

Precision Boring Co
24400 Maplehurst Dr
Clinton Township, MI 48036

Joseph E Quandt
Zimmerman Kuhn Darling Boyd Quandt and Phelps PLC
412 S Union Street
Traverse City, MI 49684

Glenn M Reisman on behalf of Creditor GE Transportation
Two Corporate Drive
PO Box 861
Shelton, CT 06484-0861

William J.F. Roll on behalf of Creditor Avenue International Master, L.P.
Shearman and Sterling LLP
599 Lexington Ave
New York, NY 10022

Rothschild Inc
Neil Augustine
1251 Avenue of The Americas
51st Floor
New York, NY 10020

Ryerson, Inc.
Attn Jim Fischer
455 85th Ave NW
Coon Rapids, MN 55433

Securities and Exchange Commission
175 W Jackson Blvd
Suite 900
Chicago, IL 60604

Peter Dirk Siemsen
Dannemann Siemsen Bigler & Ipanema Morei
Busco Marcas E Patentes
Rua Marques de Olinda No 70
Rio de Janeiro Brazil, 22251-040

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

Gary Stedronsky on behalf of Creditor Valley Belting And Hose Inc
Ennis, Robert and Fischer LPA
1714 West Galbraith Road
Cincinnati, OH 45202

Sulzer Metco US Inc
Attn Michael Corr
1101 Prospect Ave
Westbury, NY 11590

Marc N Swanson on behalf of Creditor Mac-Mold Base, Inc.
150 West Jefferson Ave
Ste 2500
Detroit, MI 48226

The Estate of Frederick V Geier
c/o Sara Beth Geier LaTorre
P O Box 10373
Neport Beach, CA 92658

The Sarah Beth Geier LaTorre Trust
Sara Beth Geier LaTorre Trustee
P O Box 10373
Newport Beach, CA 92658

Michael Torkin on behalf of Creditor Avenue International Master, L.P.
Shearman and Sterling LLP
599 Lexington Ave
New York, NY 10022

Paul Traub on behalf of Creditor Troy Corporation
Epstein Becker and Green P.C.
250 Park Avenue
11th Floor
New York, NY 10017

Travelers
Attn: Scot Freeman
One Tower Square 5MN
Hartford, CT 06183

Hurley A Trout
1001 Thermo Village Rd
New Stanton, PA 15672-9405

{1991745:}

Leo A Vandenberg
Post Office Box 54124
Phoenix, AZ 85078-4124

Wall Colmonoy Corporation
101 W Girard
Madison Heights, MI 48071-1880