IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
FOR THE WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCS2009 LLC | ) | Case No. 09-13640 |
| (f/k/a Berean Christian Stores, LLC) | ) | |
| | ) | Judge Hopkins |
| Debtor. | ) | |

**CERTIFICATE OF NO OBJECTION TO COMPENSATION
AND EXPENSE REQUEST OF TAFT STETTINIUS &
HOLLISTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS (PERIOD ENDING DECEMBER 31, 2009)**

Taft Stettinius & Hollister LLP, counsel for the Official Committee of Unsecured Creditors (the "Committee") of BCS2009, LLC (f/k/a Berean Christian Stores, LLC), hereby certifies that it has received no objection to its compensation and expenses requests for the period ending December 31, 2009, which were served on January 20, 2010, pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Doc. No. 44).

Dated: February 2, 2010

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**

/s/ Beth A. Silvers_____
W. Timothy Miller (0059952)
Beth A. Silvers (0081236)
425 Walnut Street, Ste. 1800
Cincinnati, OH 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
email: miller@taftlaw.com
silvers@taftlaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

11650593.1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all registered ECF participants through the Court's ECF system at the email addresses registered with the Court, and electronic mail or U.S. Mail postage prepaid on the 2nd day of February, 2010 upon the following:

Kim Martin Lewis
Kim.lewis@dinslaw.com

Patrick D. Burns
Patrick.burns@dinslaw.com

Monica V. Kindt
Monica.kindt@usdoj.gov

Nicholas Pantel
Donetta.wiethe@usdoj.gov

Ohio Dept. of Taxation
Shelly_todd@tax.state.oh.us

Ronald E. Gold
rgold@fbtlaw.com

Leonard Z. Eppel
fralze@juno.com

Mark Phillips
mphillips@beneschlaw.com

David Stein
dstein@wilentz.com

Stuart Hoberman
shoberman@wilentz.com

Thomas Nelson
fwentworth@thomasmelson.com
Zondervan Publishing
Janene.morin@zondervan.com

Dayspring
jamesb@dayspring.com

Word Entertainment
kenwilliams@wordentertainment.com

STL Distribution
Hugh.gwaltney@stl-distribution.com

Provident Music
Lori.lott@pmgsonymusic.com

Tyndale House Publishers
johnseward@tyndale.com

Standard Publishing
lcarpenter@standardpub.com

Broadman Press & LifeWay Christian Publishing
mark.absher@lifeway.com

Harvest House Publishing
Mary.cooper@harvesthousepublishers.com

Dicksons
dstuckwisch@dicksonsgifts.com

Kerusso Activewear
tbowen@kerusso.com

Gerald N. Sims
jerrys@psdslaw.com

Baker Book House Company dba Baker Publishing Group
wbrower@bakerpublishing.com

Barbour Publishing
gkourkounakis@barbourbooks.com

Moody Press
Ed.santiago@moody.edu

David C. Cook
Jana.zachman@davidccook.com

Gospel Light Publishing

Hawks_michael@gospellight.com

Not of This World
Kevin@c28.com

Union Gospel Press
rlowe@uniongospelpress.com

Standex International Corp.
brown@standex.com

Michael Y. MacKinnon
miguelm@psdslaw.com

Barbara Lee Caldwell
blc@ashrlaw.com

Frank W DeBorde
1600 Atlanta Financial Ctr
3343 Peachtree Rd, NE
Atlanta, GA 30326

William Novotny
2901 North Central Avenue
Suite 200
Phoenix, AZ 85012-2705

Stephanie H Philips
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326

Securities and Exchange Commission
175 W Jackson Blvd
Suite 900
Chicago, IL 60604

Silverstone Advisors LLC
Mark Greenberg
2368 Victory Parkway
Cincinnati, OH 45206

Lucy Thomson
The Willard; Suite 400
1455 Pennsylvania Avenue, N.W.
Washington, DC 20004

Ohio Bureau of Worker's Comp.
30 W. Spring Street
Columbus, OH 43215-2264
Attn: Law Section, Bankruptcy Unit

Ohio Dept of Job and Family Serv.
30 W. Broad St., FL 32
Columbus, OH 43215
Attn: Collection Department

Internal Revenue Service
District Director Insolvency Section
550 Main St., Ste. 1000
Cincinnati, OH 45201
Attn: Lou Hill

Roman, Inc.
472 Brighton Drive
Bloomingdale, IL 60108
Attn: Automne Heather

Good News Publishing
1300 Crescent Street
Wheaton, IL 60187
Attn: Dan Kok

Lang Holdings
Michael Ganuey
514 Wells St.
Delafield, WI 53018

Dean P. Sperling
201 East Sandpointe, Suite 220
Santa Ana, California 92707-57425

/s/ Beth A. Silvers