**EXHIBIT A**

**NOTICE**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re:<br>MILACRON et al.<br>Debtors.[1] | Chapter 11<br>Case No. 09-11235 (JVA)<br>Jointly Administered |

## NOTICE OF FILING:

### (A) MOTION TO AMEND THE ORDER GRANTING THE FIRST AND FINAL APPLICATION OF DINSMORE & SHOHL LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 10, 2009 THROUGH AUGUST, 2009

### AND

### (B) MOTION TO AMEND THE ORDER GRANTING THE FINAL APPLICATION OF TAFT, STETTINIUS & HOLLISTER LLP, COUNSEL TO THE COMMITTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE THAT**, on March 31, 2010, Dinsmore & Shohl LLP ("Dinsmore") counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Motion to Amend the Order Granting the First and Final Application of Dinsmore & Shohl LLP for Allowance of Compensation and Reimbursement of Expenses for the Period March 10, 2009 Through August 2009 (the "Dinsmore Motion to Amend") (Doc. No. ___) in order to include fees and expenses incurred by Dinsmore in excess of the estimate approved in Paragraph 4 of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: MI 2009, Inc. (f/k/a Milacron Inc.) (2125); CIP 2009 Inc. (f/k/a Cimcool Industrial Products, Inc.) (1002); MMC 2009 Inc. (f/k/a Milacron Marketing Company) (0580); MPTG 2009 Inc. (f/k/a Milacron Plastics Technology Group) (1007); EMD 2009 Inc. (f/k/a D-M-E Company Inc.) (3086); 1787230 Ontario Limited (f/k/a Milacron Canada Limited) (7230); and MCH 2009 B.V. (f/k/a Milacron Capital Holdings B.V.) (7203). The corporate headquarters address of these Debtors is: 4165 Half Acre Road, Batavia, Ohio 45103.

1742179_3

Order for the administration of the estate from September 1, 2009 through the close of the cases or the conversion of the cases to Chapter 7 (the "Compensation Period").

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Dinsmore Motion to Amend, Dinsmore is requesting that the Court amend its Order and approve and allow the fees and expenses for services rendered and expenses incurred on behalf of the Debtors during the Compensation Period in the aggregate amount of $400,000.

**PLEASE TAKE NOTICE THAT,** on March 31, 2010, Taft, Stettinius & Hollister LLP counsel for the Official Committee of Unsecured Creditors ("Taft") filed a Motion to Amend the Order Granting the Final Application of Taft, Stettinius & Hollister LLP, Counsel to the Committee, For Allowance of Compensation and Reimbursement of Expenses (the "Taft Motion to Amend") (Doc. No. __) in order to include fees and expenses incurred by Taft in excess of the estimate approved in the Order for the administration of the estate from September 1, 2009 through the close of the cases or the conversion of the cases to Chapter 7 (the "Compensation Period").

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Taft Motion to Amend, Taft is requesting that the Court amend its Order and approve and allow the fees and expenses for services rendered and expenses incurred on behalf of the Committee during the Compensation Period in the aggregate amount of $90,000.

The Objection Deadline to file a response or objection to the Motion is **April __, 2010 at 4:00 p.m. (Eastern Daylight Time).** If any Objections are timely filed, the Court will set a hearing date at its convenience. In the event that no Objections are timely filed, the Court may enter an Order Approving the Motion without a hearing in accordance with Local Bankruptcy Rule 9013-1(d).

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your view on the Motion, then on or before the Objection Deadline, you must file a written response explaining your position as required by Local Bankruptcy Rule 9013-1(b) in accordance with the Court's local rules and filing procedures.[2] The Clerk of Court's address is: United States Bankruptcy Court, 221 East Fourth Street, Atrium Two, Suite 800, Cincinnati, Ohio 45202.

You must file your response early enough so that the Court will **receive** it on or before the date stated above.

You must also serve a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. mail to on Debtors' counsel as listed below, such that it will be received no later than 4:00 p.m. (Eastern Time) on the Objection Deadline.

If a response is filed, you must also attend any hearing scheduled by the Court.

**PLEASE TAKE FURTHER NOTICE THAT**, anyone who wishes to obtain copies of the Dinsmore Motion to Amend or the Taft Motion to Amend can do so by visiting the Debtors' Claims Agent, Kurtzman Carson Consultants' website at **http://www.kccllc.net/milacron.**

---

[2] Please note that the Local Bankruptcy Rules and/or Electronic Case Filing Procedures for the Bankruptcy Court for the Southern District of Ohio (collectively the "Local Rules") limit the availability of most parties to file pleadings other than electronically through the court's electronic filing system. Consequently, parties desiring to file an objection or other pleading are advised to consult the Local Rules for further instruction. Copies of the Court's Administrative Procedures for electronic filing can be found on the Court's website at: http://www.ohsb.uscourts.gov.

Dated: April __, 2010  Respectfully submitted,
Cincinnati, Ohio

DINSMORE & SHOHL LLP

*/s/ Kim Martin Lewis*
Kim Martin Lewis (OH# 0043533)
Tim J. Robinson (OH# 0046668)
Patrick D. Burns (OH# 0081111)
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
kim.lewis@dinslaw.com
tim.robinson@dinslaw.com
patrick.burns@dinslaw.com

Counsel for the Debtors and
Debtors-in-Possession

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ Timothy J. Hurley*
Timothy J. Hurley (0006458)
W. Timothy Miller (0059952)
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 (Telephone)
(513) 381-0205 (Facsimile)
hurley@taftlaw.com
miller@taftlaw.com

Attorneys for Official Committee of
Unsecured Creditors