# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# FOR THE WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **MILACRON, INC., et al.**[1] | ) | Case No. 09-11235, 09-11236, 09-11327, 09-11238, 09-11239, 09-11241, and 09-11244 |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered (09-11235) |
| | ) | |
| | ) | Judge Aug |

## NOTICE OF FILING OF MOTION TO COMPEL COMPLIANCE WITH RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Ronald Brown, creditor and party in interest in these Chapter 11 cases (the "Movant"), through his counsel, **TAFT STETTINIUS & HOLLISTER LLP,** has filed a Motion to Compel Compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure by the parties who filed the Motion for Order Authorizing Certain Noteholders to Commence and Prosecute Causes of Action against Certain Directors and Officers of the Debtors on the Debtors' Behalf and Memorandum in Support (Doc. No. 895).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motions, or if you want the Court to consider your views on the Motions, then you or your attorney must:

File with the Court a written response, in accordance with the Court's local rules and filing procedures, such as to be **received** by the Court **no later than twenty-one (21) days from the date of filing of this Notice**, at:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Milacron, Inc. (2125); Cimcool Industrial Products Inc. (1002); Milacron Marketing Company (0580); Milacron Plastics Technologies Group Ins. (1007); D-M-E Company (3086); Milacron Canada Ltd. (7230); and Milacron Capital Holdings B.V. (7203).

United States Bankruptcy Court
Southern District of Ohio
120 West Third Street
Dayton, Ohio 45402

Copies of the Court's Administrative Procedures for electronic Court filings can be found at the following website: http://www.ohsb.uscourts.gov.

You must also provide a copy of your response to proposed counsel for the Movant, either electronically through the Court's ECF System or by mail at the following address, such as to be **received** on or before the date stated above:

Paige Leigh Ellerman, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an Order granting that relief.

Dated: August 4, 2010                    Respectfully submitted,


                                         By: */s/ Paige Leigh Ellerman*
                                             TAFT STETTINIUS & HOLLISTER LLP
                                             W. Stuart Dornette (OH# 0002955)
                                             Paige Leigh Ellerman (OH#0071561)
                                             425 Walnut Street, Suite 1800
                                             Cincinnati, OH 45202-3957
                                             Telephone: 513.381.2838
                                             dornette@taftlaw.com
                                             ellerman@taftlaw.com

                                             *Counsel for Ronald Brown*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served on the 4th day of August, 2010 upon all registered ECF participants electronically through the Court's ECF system at the email addresses registered with the Court and upon:

Monica V. Kindt, Esq.
Office of the U.S. Trustee
36 East Seventh Street, Suite 2030
Cincinnati, OH 45202
monica.kindt@usdoj.gov

/s/ Paige Leigh Ellerman
Paige Leigh Ellerman

11873929.1