**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: August 04, 2010**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT
## WESTERN DIVISION

| | |
|---|---|
| In re | Case No. 09-11235 |
| Milacron, Inc., et al | Jointly Administered |
| Debtor | Chapter 11 |
| | Judge Aug |

### ORDER DENYING MOTION FOR EXPEDITED HEARING

This matter is before the Court on Ronald Brown's Motion for Expedited Hearing on Motion for an Order Pursuant to 11 U.S.C. §105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure Enlarging Time to Object and Granting Related Relief (Doc. 906).

An order granting Ronald Brown's Motion for an Order Pursuant to 11 U.S.C. §105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure Enlarging Time to Object and Granting Related Relief (Doc. 905) is being entered contemporaneously herewith.

Accordingly, Ronald Brown's request for an expedited hearing is moot and hereby DENIED.

IT IS SO ORDERED.

Distribution list:

Default List

# # #