**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: August 05, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
FOR THE WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **MILACRON, INC., et al.**[1] | ) | Case No. 09-11235, 09-11236, 09-11327, 09-11238, 09-11239, 09-11241, and 09-11244 |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered (09-11235) |
| | ) | |
| | ) | Judge Aug |

**ORDER GRANTING MOTION OF RONALD BROWN FOR AN ORDER
PURSUANT TO 11 U.S.C. §105 AND RULE 9006 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE ENLARGING TIME TO
<u>OBJECT AND GRANTING RELATED RELIEF</u>**

The matter coming before the Court on the Motion of Ronald Brown, creditor and

party in interest in these Chapter 11 cases (the "Movant"), for Order Pursuant to 11

U.S.C. §105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure Enlarging

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Milacron, Inc. (2125); Cimcool Industrial Products Inc. (1002); Milacron Marketing Company (0580); Milacron Plastics Technologies Group Ins. (1007); D-M-E Company (3086); Milacron Canada Ltd. (7230); and Milacron Capital Holdings B.V. (7203).

11874141.1

Time to Object and Granting Related Relief (the "Motion")[2]; the Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334(a) and Rule 9006 of the Federal Rules of Bankruptcy Procedure; (b) this is a core proceeding pursuant to 28 U.S.C. §157(b); and (c) notice of the Motion as set forth in the Motion was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein; and after due deliberation and sufficient cause appearing:

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. Objections to the Motion, if any, shall be and hereby are OVERRULED.

3. Movant's deadline to object to the *Gibson* Motion is extended to September 29, 2010 so that Movant may conduct discovery of the Nameless Movants under Federal Rule of Bankruptcy Procedure 9014.

4. Nameless Movants' deadline to reply to Movant's objection to the *Gibson* Motion is extended to October 6, 2010.

5. A hearing on the *Gibson* Motion shall be scheduled at a time to be set by the Court no earlier than October 11, 2010, at the United States Bankruptcy Court, 221 East Fourth Street, Atrium Two, Suite 800, Cincinnati, Ohio 45202.

6. A hearing on the Movant's Rule 2019 motion shall be scheduled at a time to be set by the Court no later than September 8, 2010, at the United States Bankruptcy Court, 221 East Fourth Street, Atrium Two, Suite 800, Cincinnati, Ohio 45202.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

7. This Order is effective immediately upon entry.

**IT IS SO ORDERED.**

cc: Default List
Michael L. Scheier, Esq.