# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re:<br>MILACRON et al.<br>Debtors. [1] | Chapter 11<br>Case No. 09-11235 (JVA)<br>Jointly Administered |

## NOTICE OF FILING DEBTORS' MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 363 AND 1112 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1017 AND 1019 CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CHAPTER 7 AND AUTHORIZING RELATED RELIEF

**PLEASE TAKE NOTICE THAT**, on November 5, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Motion of the Debtors for an Order, pursuant to sections 105, 363 and 1112 of the Bankruptcy Code and Rules 1017 and 1019 of the Federal Rules of Bankruptcy Procedure, converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code and authorizing related relief (the "Motion") [Doc. No. 974].

The Objection Deadline to file a response or objection to the Motion is **November 30, 2010 at 4:00 p.m. (Eastern Daylight Time).** If any Responses are timely filed, the Court will set a hearing date at its convenience. In the event that no Responses are timely filed, the Court may enter the Final Order without a hearing in accordance with Local Bankruptcy Rule 9013-1(d).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: MI 2009 Inc. (f/k/a Milacron Inc.) (2125); CIP 2009 Inc. (f/k/a Cimcool Industrial Products, Inc.) (1002); MMC 2009 Inc. (f/k/a Milacron Marketing Company) (0580); MPTG 2009 Inc., (f/k/a Milacron Plastics Technology Group) (1007); EMD 2009 Inc. (f/k/a D-M-E Company Inc.) (3086); 1787230 Ontario Limited (f/k/a Milacron Canada Limited) (7230); and MCH 2009 B.V. (f/k/a Milacron Capital Holdings B.V.) (7203). The corporate headquarters address of these Debtors is: 4165 Half Acre Road, Batavia, Ohio 45103.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your views on the Motions, then you must also attend the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT**, anyone who wishes to obtain a copy of the Motion can do so by either (a) visiting the Debtors' Claims Agent, Kurtzman Carson Consultants' website at **http://www.kccllc.net/milacron** or (b) by emailing your request to: Lisa Geeding at lisa.geeding@dinslaw.com.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief pursuant to LBR 9013-1(d).

| | |
|---|---|
| Dated: November 5, 2010<br>Cincinnati, Ohio | Respectfully submitted,<br>DINSMORE & SHOHL LLP<br><br>*/s/ Kim Martin Lewis*<br>Kim Martin Lewis (OH #0043533)<br>Tim J. Robinson (OH #0046668)<br>Patrick D. Burns (OH #0081111)<br>255 East Fifth Street, Suite 1900<br>Cincinnati, Ohio 45202<br>Telephone: (513) 977-8200<br>Facsimile: (513) 977-8141<br>kim.lewis@dinslaw.com<br>tim.robinson@dinslaw.com<br>patrick.burns@dinslaw.com<br><br>Counsel for the Debtors and<br>Debtors-in-Possession |

1846357v1